No. 27,474.

THE KANSAS WHEAT GROWERS ASSOCIATION, *Appellant,*
v. MRS. T. J. HETER, *Appellee.*

No. 27,545.

THE KANSAS WHEAT GROWERS ASSOCIATION, *Appellant,*
v. WAID HETER, *Appellee.*

(257 Pac. 979.)

Appeals from Rice district court; RAY H. BEALS, judge. Opinion filed July 9, 1927. Reversed.

*T. A. Noftzger, George W. Cox, W. J. Masemore, R. L. NeSmith,* all of Wichita, and *L. E. Quinlan,* of Lyons, for the appellant.

*J. Graham Campbell, Ray Campbell,* both of Wichita, and *W. W. Stahl,* of Lyons, for the appellees.

The opinion of the court was delivered by

HARVEY, J.: These are two wheat growers' cases, similar to the Oden case just decided. (*Wheat Growers Ass'n v. Oden,* post, p. 179.) While they were not tried with that case in the court below, nor presented with it here, they present no questions of law not discussed and decided in that case. They are reversed with directions to render judgment for plaintiff as in the Oden case.